RYLEY CARLOCK & APPLEWHITE
One North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4417
Telephone: 602/258-7701
Telecopier: 602/257-9582

William Scott Jenkins, Jr. – 021841
sjenkins@rcalaw.com
Andrea M. Palmer – 025919
apalmer@rcalaw.com

Attorneys for Wells Fargo Bank, N.A.

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:

MATTHEW T. WITTE and ROSLYNN I. WITTE,

Debtors.

Chapter 7 Proceedings

Case No. 2:09-bk-02009-SSC

**WELLS FARGO BANK, N.A.'S RESPONSE TO TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 12**

Wells Fargo Bank, N.A. ("Bank") responds to the Trustee's Objection to Bank's Proof of Claim No. 12 ("Claim") filed at Docket No. 65 ("Objection"). Bank has been in contact with Trustee's counsel in an effort to resolve the Objection, and at the Trustee's request, filed an amended form of proof of claim on June 24, 2010. The amended proof of claim clarifies that Bank's third position lien upon the property located at 60 Cliffs Edge Drive, Durango, Colorado has been extinguished by a judicial foreclosure conducted by the first position lienholder. Bank's Claim therefore remains due in full, but is now wholly unsecured. Bank believes that the amended filing resolves the Trustee's Objection.

DATED this 24th day of June, 2010.

RYLEY CARLOCK & APPLEWHITE

By /s/ Andrea M. Palmer
Andrea M. Palmer
William Scott Jenkins, Jr.
One North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4417
Attorneys for Wells Fargo Bank, N.A.

1287216.1

6/23/10

| | |
|---|---|
| 1 | ORIGINAL electronically filed with the U.S. Bankruptcy Court on this |
| 2 | 24th day of June, 2010. |
| 3 | |
| 4 | COPIES mailed this 24th day of June, 2010, to: |
| 5 | Kevin McCoy |
| | Allen, Sala & Bayne, P.L.C. |
| 6 | Viad Corporate Center |
| | 1850 North Central Avenue, #1150 |
| 7 | Phoenix, Arizona 85004 |
| | Attorneys for the Wittes |
| 8 | |
| 9 | Jill H. Ford |
| | P.O. Box 5845 |
| | Carefree, Arizona 85377 |
| 10 | Chapter 7 Trustee |
| 11 | U.S. Trustee |
| | Office of the U.S. Trustee |
| 12 | 230 North First Avenue, #204 |
| | Phoenix, Arizona 85003-1706 |
| 13 | |
| | Terry A. Dake |
| 14 | Terry A. Dake, Ltd. |
| | 11118 N. Tatum Blvd., #3031 |
| 15 | Phoenix, Arizona 85028-1621 |
| | Attorney for Chapter 7 Trustee |
| 16 | |
| | By: /s/ Maureen A. Scott |
| 17 | Maureen A. Scott |