**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| In re: WITTE, MATTHEW T. | § | Case No. 09-02009-PHX |
|---|---|---|
| WITTE, ROSLYNN I. | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 05, 2009. The undersigned trustee was appointed on February 05, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of $ 67,965.55

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 21,186.24 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 46,779.31 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 08/19/2009 and the deadline for filing governmental claims was 08/19/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,427.93. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,427.93, for a total compensation of $5,427.93.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $148.90, for total expenses of $148.90.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/10/2011 By:/s/JILL H. FORD
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

2 If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-02009-PHX
**Case Name:** WITTE, MATTHEW T.
WITTE, ROSLYNN I.
**Period Ending:** 01/10/11

**Trustee:** (240340) JILL H. FORD
**Filed (f) or Converted (c):** 02/05/09 (f)
**§341(a) Meeting Date:** 03/12/09
**Claims Bar Date:** 08/19/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Abandoned OA=§554(a) DA=§554(c) | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | HOUSE AT 106TH WAY, SCOTTSDALE | 1,300,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | HOUSE AT HASHKNIFE DRIVE, PHOENIX | 481,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | HOUSE AT CLIFFS EDGE, DURANGO, CO | 1,159,500.00 | 0.00 | OA | 0.00 | FA |
| 4 | CASH | 400.00 | 400.00 | | 400.00 | FA |
| 5 | SCHWAB ACCOUNT | 436.46 | 0.00 | DA | 0.00 | FA |
| 6 | CHECKING ACCOUNT AT SCHWAB | 125.00 | 0.00 | DA | 0.00 | FA |
| 7 | SCHWAB ACCOUNT | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | SCHWAB ACCOUNT | 0.00 | 45.53 | | 0.00 | FA |
| 9 | CHECKING ACCOUNT AT SCHWAB | 150.00 | 0.00 | DA | 0.00 | FA |
| 10 | CHECKING ACCOUNT AT WELLS FARGO | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | CHECKING ACCOUNT AT WELLS FARGO | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | SECURITY DEPOSIT WITH LANDLORD (See Footnote) | 11,400.00 | 11,400.00 | DA | 0.00 | FA |
| 13 | HOUSEHOLD GOODS AND FURNISHINGS (See Footnote) | 6,705.00 | 7,000.00 | | 5,000.00 | FA |
| 14 | BOOKS | 500.00 | 0.00 | DA | 0.00 | FA |
| 15 | WEARING APPAREL | 900.00 | 0.00 | DA | 0.00 | FA |
| 16 | WEDDING RINGS | 510.00 | 0.00 | DA | 0.00 | FA |
| 17 | WATCHES | 275.00 | 0.00 | DA | 0.00 | FA |
| 18 | SPORTS AND HOBBY EQUIPMENT | 500.00 | 0.00 | DA | 0.00 | FA |
| 19 | TERM LIFE INSURANCE | 0.00 | 0.00 | DA | 0.00 | FA |
| 20 | IRA | 437,618.00 | 0.00 | DA | 0.00 | FA |
| 21 | IRA | 159,895.00 | 0.00 | DA | 0.00 | FA |
| 22 | 401K (See Footnote) | 208,473.00 | 0.00 | DA | 0.00 | FA |
| 23 | 401K | 2,062.34 | 0.00 | DA | 0.00 | FA |
| 24 | 401K | 1,162.13 | 0.00 | DA | 0.00 | FA |
| 25 | CUSTOM DOOR DESIGNS LLC (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 26 | TWO DOGS VINTAGE WINES, LLC (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-02009-PHX
**Case Name:** WITTE, MATTHEW T.
WITTE, ROSLYNN I.
**Period Ending:** 01/10/11

**Trustee:** (240340) JILL H. FORD
**Filed (f) or Converted (c):** 02/05/09 (f)
**§341(a) Meeting Date:** 03/12/09
**Claims Bar Date:** 08/19/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | 2004 VOLVE XT6 | 8,250.00 | 0.00 | DA | 0.00 | FA |
| 28 | OFFICE EQUIPMENT (See Footnote) | 730.00 | 0.00 | | 0.00 | FA |
| 29 | PETS | 0.00 | 0.00 | DA | 0.00 | FA |
| 30 | GLACIER CLUB MEMBERSHIP (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 31 | PROPERTY OF LLC (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 32 | WELLS FARGO CASH SWEEP (u) | Unknown | 296.60 | | 296.60 | FA |
| 33 | BONUS (u) (See Footnote) | 6,888.23 | 1,722.05 | | 1,722.05 | FA |
| 34 | 2008 FEDERAL TAX REFUND (u) | Unknown | 31,731.00 | | 31,731.00 | FA |
| 35 | 2008 STATE TAX REFUND (u) | Unknown | 4,589.00 | | 4,589.00 | FA |
| 36 | 2009 FEDERAL TAX REFUND (u) | Unknown | 2,453.07 | | 23,639.31 | FA |
| 37 | 2009 STATE TAX REFUND (u) | Unknown | 543.09 | | 543.09 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 44.50 | Unknown |
| **38** | **Assets** **Totals** (Excluding unknown values) | **$3,787,480.16** | **$60,180.34** | | **$67,965.55** | **$0.00** |

RE PROP# 12 NO VALUE PER ATTY
RE PROP# 13 STIPULATION ENTERED.
RE PROP# 22 FULLY EXEMPT PER ATTY
RE PROP# 25 NO VALUE PER ATTY
RE PROP# 26 NO VALUE PER ATTY
RE PROP# 28 INCLUDED IN STIPULATION WITH ASSET 13.
RE PROP# 30 NO EQUITY
RE PROP# 31 NO VALUE PER ATTY.
RE PROP# 33 DEBTOR AMENDED SCHEDULE TO INCLUDE.

---

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** April 27, 2011 **Current Projected Date Of Final Report (TFR):** April 27, 2011

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 09-02009-PHX
**Case Name:** WITTE, MATTHEW T.
WITTE, ROSLYNN I.
**Taxpayer ID #:** **-***9309
**Period Ending:** 01/10/11

**Trustee:** JILL H. FORD (240340)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****92-19 - Time Deposit Account
**Blanket Bond:** $80,699,577.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/09 | | FUNDING ACCOUNT: ********9265 | | 9999-000 | 38,044.46 | | 38,044.46 |
| 10/01/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.69 | | 38,049.15 |
| 11/02/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.00 | | 38,054.15 |
| 11/04/09 | | To Account #********9265 | Close CD via CD Rollover | 9999-000 | | 38,054.15 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **38,054.15** | **38,054.15** | **$0.00** |
| Less: Bank Transfers | 38,044.46 | 38,054.15 | |
| **Subtotal** | **9.69** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$9.69** | **$0.00** | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 09-02009-PHX
**Case Name:** WITTE, MATTHEW T.
WITTE, ROSLYNN I.
**Taxpayer ID #:** **-***9309
**Period Ending:** 01/10/11

**Trustee:** JILL H. FORD (240340)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****92-20 - Time Deposit Account
**Blanket Bond:** $80,699,577.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Time Deposit Account Balance |
| 11/16/09 | | FUNDING ACCOUNT: ********9265 | | 9999-000 | 40,555.00 | | 40,555.00 |
| 12/16/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.00 | | 40,560.00 |
| 12/19/09 | | To Account #********9265 | Close CD via CD Rollover | 9999-000 | | 40,560.00 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **40,560.00** | **40,560.00** | **$0.00** |
| Less: Bank Transfers | 40,555.00 | 40,560.00 | |
| **Subtotal** | **5.00** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$5.00** | **$0.00** | |

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 09-02009-PHX
**Case Name:** WITTE, MATTHEW T.
WITTE, ROSLYNN I.
**Taxpayer ID #:** **-***9309
**Period Ending:** 01/10/11

**Trustee:** JILL H. FORD (240340)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****92-65 - Money Market Account
**Blanket Bond:** $80,699,577.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/27/09 | {33} | ROSLYN WITTE | BONUS | 1229-000 | 1,722.05 | | 1,722.05 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,722.11 |
| 06/12/09 | {34} | ROSLYN WITTE | 2008 FEDERAL TAX REFUND | 1224-000 | 31,731.00 | | 33,453.11 |
| 06/16/09 | {35} | STATE OF ARIZONA | 2008 STATE TAX REFUND | 1224-000 | 4,589.00 | | 38,042.11 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 38,042.86 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.60 | | 38,044.46 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.60 | | 38,046.06 |
| 08/31/09 | | ACCOUNT FUNDED: ********9219 | | 9999-000 | | 38,044.46 | 1.60 |
| 10/20/09 | {13} | ROSLYNN WITTE | PAYMENT PLAN | 1129-000 | 2,500.00 | | 2,501.60 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 2,501.62 |
| 11/04/09 | | From Account #********9219 | Close CD via CD Rollover | 9999-000 | 38,054.15 | | 40,555.77 |
| 11/12/09 | {13} | ROSLYNN WITTE | PAYMENT PLAN PER STIP | 1129-000 | 2,500.00 | | 43,055.77 |
| 11/16/09 | | ACCOUNT FUNDED: ********9220 | | 9999-000 | | 40,555.00 | 2,500.77 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 2,501.49 |
| 12/19/09 | | From Account #********9220 | Close CD via CD Rollover | 9999-000 | 40,560.00 | | 43,061.49 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.71 | | 43,062.20 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.69 | | 43,063.89 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.63 | | 43,065.52 |
| 03/16/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.99 | | 43,066.51 |
| 03/16/10 | | Wire out to BNYM account 9200******9265 | Wire out to BNYM account 9200******9265 | 9999-000 | -43,066.51 | | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **78,599.46** | **78,599.46** | **$0.00** |
| Less: Bank Transfers | 35,547.64 | 78,599.46 | |
| **Subtotal** | **43,051.82** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$43,051.82** | **$0.00** | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 09-02009-PHX
**Case Name:** WITTE, MATTHEW T.
WITTE, ROSLYNN I.
**Taxpayer ID #:** **-***9309
**Period Ending:** 01/10/11

**Trustee:** JILL H. FORD (240340)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******92-21 - Trustee Investment Acct
**Blanket Bond:** $80,699,577.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Time Deposit Account Balance |
|---|---|---|---|---|---|---|---|
| 08/08/10 | | FUNDING ACCOUNT: 9200******9265 | | 9999-000 | 46,772.65 | | 46,772.65 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 4.42 | | 46,777.07 |
| 09/01/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 46,777.07 |
| 09/01/10 | | To Account #9200******9265 | Close TIA via TIA Rollover | 9999-000 | | 46,777.07 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **46,777.07** | **46,777.07** | **$0.00** |
| Less: Bank Transfers | 46,772.65 | 46,777.07 | |
| **Subtotal** | **4.42** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4.42** | **$0.00** | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 09-02009-PHX
**Case Name:** WITTE, MATTHEW T.
WITTE, ROSLYNN I.
**Taxpayer ID #:** **-***9309
**Period Ending:** 01/10/11

**Trustee:** JILL H. FORD (240340)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******92-65 - Money Market Account
**Blanket Bond:** $80,699,577.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/16/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9265 | Wire in from JPMorgan Chase Bank, N.A. account ********9265 | 9999-000 | 43,066.51 | | 43,066.51 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.32 | | 43,067.83 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.47 | | 43,070.30 |
| 05/24/10 | | UNITED STATES TREASURY | 2009 FEDERAL TAX REFUND | | 24,879.00 | | 67,949.30 |
| | {36} | | 2,453.07 | 1224-000 | | | 67,949.30 |
| | {37} | | 543.09 | 1224-000 | | | 67,949.30 |
| | {4} | | 400.00 | 1129-000 | | | 67,949.30 |
| | {32} | | 296.60 | 1229-000 | | | 67,949.30 |
| | {36} | | 21,186.24 | 1280-000 | | | 67,949.30 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.90 | | 67,952.20 |
| 06/21/10 | 11001 | MATTHEW AND ROSLYNN WITTE | DEBTOR PORTION OF TAX REFUNDS | 8500-002 | | 21,186.24 | 46,765.96 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.91 | | 46,769.87 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.78 | | 46,772.65 |
| 08/08/10 | | ACCOUNT FUNDED: 9200******9221 | | 9999-000 | | 46,772.65 | 0.00 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.71 | | 0.71 |
| 09/01/10 | | From Account #9200******9221 | Close TIA via TIA Rollover | 9999-000 | 46,777.07 | | 46,777.78 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.37 | | 46,778.15 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 46,778.54 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 46,778.92 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 46,779.31 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **114,738.20** | **67,958.89** | **$46,779.31** |
| Less: Bank Transfers | 89,843.58 | 46,772.65 | |
| **Subtotal** | **24,894.62** | **21,186.24** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$24,894.62** | **$21,186.24** | |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TIA # ***-*****92-19** | **9.69** | **0.00** | **0.00** |
| **TIA # ***-*****92-20** | **5.00** | **0.00** | **0.00** |
| **MMA # ***-*****92-65** | **43,051.82** | **0.00** | **0.00** |
| **TIA # 9200-******92-21** | **4.42** | **0.00** | **0.00** |
| **MMA # 9200-******92-65** | **24,894.62** | **21,186.24** | **46,779.31** |
| | **$67,965.55** | **$21,186.24** | **$46,779.31** |

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 09-02009-PHX
**Case Name:** WITTE, MATTHEW T.
WITTE, ROSLYNN I.
**Taxpayer ID #:** **-***9309
**Period Ending:** 01/10/11

**Trustee:** JILL H. FORD (240340)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******92-65 - Money Market Account
**Blanket Bond:** $80,699,577.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 09-02009-PHX
Case Name: WITTE, MATTHEW T.
Trustee Name: JILL H. FORD

**Balance on hand:** $ 46,779.31

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 18 | MARJORIE LIBERATORE | 2,500.00 | 0.00 | 0.00 | 0.00 |
| 20 | Glacier Club Comm Master Property Owner Assoc | 1,800.00 | 0.00 | 0.00 | 0.00 |
| 21 | Glacier Club Comm Master Property Owner Assoc | 5,152.69 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 46,779.31

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JILL H. FORD | 5,427.93 | 0.00 | 5,427.93 |
| Trustee, Expenses - JILL H. FORD | 148.90 | 0.00 | 148.90 |
| Attorney for Trustee, Fees - TERRY A DAKE | 7,410.00 | 0.00 | 7,410.00 |
| Attorney for Trustee, Expenses - TERRY A DAKE | 87.96 | 0.00 | 87.96 |

Total to be paid for chapter 7 administration expenses: $ 13,074.79
Remaining balance: $ 33,704.52

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 33,704.52

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $111.12 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | ARIZONA DEPARTMENT OF REVENUE | 111.12 | 0.00 | 111.12 |

Total to be paid for priority claims: $ 111.12

Remaining balance: $ 33,593.40

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,283,506.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Jeld Wen | 25,637.67 | 0.00 | 671.02 |
| 2 | Arch Aluminum & Glass | 1,349.01 | 0.00 | 35.31 |
| 4 | Tiglas Engineering | 400.00 | 0.00 | 10.47 |
| 5 | ACE Hardware | 577.93 | 0.00 | 15.13 |
| 6 | MacMurray Pacific | 4,384.35 | 0.00 | 114.75 |
| 7 | CHASE BANK USA | 16,191.94 | 0.00 | 423.79 |
| 8 | Chase Bank USA NA | 27,197.89 | 0.00 | 711.85 |
| 9 | EQ ACQUISITIONS 2003, INC. | 7,239.52 | 0.00 | 189.48 |
| 10 | PYOD LLC its successors and assigns as assignee of | 13,835.79 | 0.00 | 362.13 |
| 11 | HARRIER, INC | 66,591.55 | 0.00 | 1,742.91 |
| 12 -3 | Wells Fargo Bank, N.A. | 996,734.21 | 0.00 | 26,087.65 |
| 14 | Hardwoods Specialty Products | 55,583.92 | 0.00 | 1,454.81 |
| 15 | Spellman Hardwoods | 54,083.91 | 0.00 | 1,415.55 |
| 16 | AK Draft Seal, Ltd. | 12,249.11 | 0.00 | 320.60 |
| 17 | American Express Centurion Bank | 510.42 | 0.00 | 13.36 |
| 19 | FIA CARD SERVICES, NA/BANK OF AMERICA | 939.52 | 0.00 | 24.59 |

Total to be paid for timely general unsecured claims: $ 33,593.40

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 22 | Lone Cactus Properties | 0.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00