UST-27D, 6/00

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| WITTE, MATTHEW T. | ) | Case No. 09-02009-PHX SSC |
| WITTE, ROSLYNN I. | ) | |
| | ) | TRUSTEE'S REPORT |
| | ) | OF NO OBJECTION |
| Debtor(s). | ) | |
| | ) | |

1. JILL H. FORD am the duly appointed trustee in the above-referenced case.

2. On March 4, 2011, the Clerk of the Bankruptcy Court caused copies of a summary of my final report and account and application for compensation and reimbursement of expenses to be mailed to the appropriate parties as required by FRBP 2002(f) and 2002(a) (7).

3. The last day for filing objections to the report and application for compensation and reimbursement of expenses was March 25, 2011.

4. I have received no timely objections or responses to the report or application and more than five days have expired since the last date for filing objections.

5. A form of order is lodged concurrently with this Report of No Objection. The trustee respectfully requests that the Court enter the order.

Date: April 4, 2011          /s/ Jill H. Ford
                             JILL H. FORD, TRUSTEE